JOSEPH O. SIVIN et al., Appellants, *v.* JOHN GASTON, Respondent, Impleaded with Others.

(Argued December 5, 1934; decided December 31, 1934.)

*Mark G. Holstein* and *Harry A. Yerkes, Jr.,* for appellants.

*Leonard P. Moore, J. Arthur Leve* and *David S. Hecht* for respondent.

Judgment so far as appealed from affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.